Dated: September 27, 2018

The following is ORDERED:





Janice D. Loyd
U.S. Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| In Re: | |
|---|---|
| **Michelle Yarbrough Titus,** | Case No. 18-10317 JDL |
| Debtor. | Chapter 13 |

### AGREED ORDER ON
### MOTION TO MODIFY CONFIRMED PLAN
### AND REQUEST FOR COMPENSATION

Counsel for debtor represents that the motion was filed on August 29, 2018, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was September 19, 2018, which has passed with no objection thereto being served and filed. Therefore, the motion should be granted.

Accordingly, the Debtor's confirmed plan is modified as set out below:

1. Debtor shall be treated current through August 2018.
2. Debtor shall surrender her 2008 Ford Focus VIN# - 1FAHP34N08W131336.

3. The Trustee shall immediately cease making payments to OneMain Financial for said vehicle.

4. The debtor has not done anything to the vehicle to excessively depreciate the car.

5. The secured lender shall be entitled to file an amended claim for an unsecured claim for any deficiency amount after the sale of the collateral.

6. Beginning September 2018, the debtor's plan payment shall be approximately $167.00 per month and remain at that level for the balance of the plan term.

Debtor's attorney is awarded an attorney fee for services rendered in prosecuting this motion to modify in the amount of $500.00 to be paid at the rate of $75.00 per month beginning in the month following entry of the Order resolving this matter and awarding the requested fee.

**All findings of fact are based upon representation of counsel for debtor.**

### 

Approved for Entry:

/s/ Elizabeth Pickens
Elizabeth Pickens, OBA #21779
Patrick E. Moore, OBA#6351
2525 NW Expressway, Ste 460
Oklahoma City, OK 73112
Elizabeth.pickens@coxinet.net
(405) 606-7016, fax (405) 254-3119
Attorney for the Debtors

/s/ Linda Ruschenberg
Linda Ruschenberg, OBA #12842
321 Dean A. McGee Ave.
P.O. Box 1948
Oklahoma City, Ok. 73101-1948
13Trustee@chp13okc.com
405-236-4843 phone
405-236-1004 fax
Attorney for the Trustee